# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **ADAM LEE KRISIAK** | | |
| **Debtor 1** | **Chapter:** | **7** |
| **ANGELA MARIE KRISIAK** | | |
| **Debtor 2** | **Case No.:** | **5-19-bk-01760 RNO** |
| **ADAM L. KRISIAK** | **Adversary No.:** | **5-19-ap-00097 RNO** |
| **Plaintiff(s)** | **Document No.:** | **9** |
| **vs.** | | |
| **TRUMARK FINANCIAL CREDIT UNION** | **Nature of Proceeding:** | **Motion for Summary Judgment** |
| **Defendant(s)** | | |

## JUDGMENT

After due consideration of Defendant's Motion for Summary Judgment, filed to Docket

No. 9, Plaintiff's Brief in Opposition to the Motion for Summary Judgment, Filed to Docket No.

12, and Defendant's Brief in Support of the Motion for Summary Judgment, filed to Docket No.

15, there are outstanding issues of material fact. Based upon this finding, it is

ORDERED that the Motion for Summary Judgment is DENIED.

Dated: March 26, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (BI)

1